```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  Nevada Bar No. 2137
    District of Nevada
 3  Carlos A. Gonzalez
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada   89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  Attorneys for the United States.

 7

 8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
 9

10   RICCARDO DUVA and IRIS DUVA  ) Case No. 2:12-CV-02193-MMD-CVF
     a.k.a. XIAOXIA WEN,          )
11                                )
             PlaintiffS,           )
12   v.                           )
                                  )
13   HILLARY CLINTON, et al.,     )
                                  )
14           Defendants.          )
     _____)
15
```

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Craig A. Defoe to the Bar of this Court for the purpose of representing the defendants, United States of America, in the above-captioned litigation.

Mr. Defoe is a member in good standing of the State Bar of Indiana (Bar # 27078-49). He is an attorney employed by the United States Department of Justice, Civil Division, and his office is located in Washington, D.C..

...

...

Mr. Defoe can be served/contacted at the following address:

```
Craig Defoe
Trial Attorney
United States Department of Justice - Civil Division
Office of Immigration Litigation - District Court Section
P.O. Box 868 - Ben Franklin Station
Washington, D.C. 20044
202.532.4114(direct)
202.305.7000(fax)
craig.defoe@usdoj.gov
```

It is respectfully requested that an order be issued permitting Mr. Craig Defoe to practice before this court in this action.

                                    Respectfully submitted,

                                    DANIEL G. BOGDEN
                                    United States Attorney

                                  //S// CARLOS A. GONZALEZ
                                  CARLOS A. GONZALEZ
                                  Assistant United States Attorney

                                  IT IS SO ORDERED:

DATED: February 25, 2013

                                  _____
                                  UNITED STATES DISTRICT JUDGE